**STANDARD SURETY & CASUALTY CO.,**
**Appellant, v. Earl LAWLER.**

No. 11279.

Circuit Court of Appeals, Eighth Circuit.

Aug. 4, 1938.

Bradshaw, Fowler, Proctor & Fairgrave, of Des Moines, Iowa, for appellant.

Stipp, Perry, Bannister & Starzinger, of Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed at costs of appellant on joint motion of counsel for respective parties and certificate of clerk of District Court.

**STARTUP CANDY COMPANY, a Corporation, v. FEDERAL TRADE COMMISSION.**

No. 1789.

Circuit Court of Appeals, Tenth Circuit.

March 31, 1939.

H. Hartland Halliday, of Salt Lake City, Utah, for petitioner.

W. T. Kelley, Chief Counsel, Federal Trade Commission, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition to review dismissed at petitioner's costs, on motion of petitioner.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., Appellant, v. Elmer J. STEFFENS et al.**

No. 11278.

Circuit Court of Appeals, Eighth Circuit.

Aug. 4, 1938.

Walter L. Roos, of St. Louis, Mo., for appellant.

R. H. Schaper, of Washington, Mo., Leo A. Politte, of Union, Mo., and A. A. Alexander and L. A. Robertson, both of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal docketed and dismissed at costs of appellant on stipulation of parties and certificate of clerk of District Court.

**STERNBERG DREDGING CO., Appellant, v. CACHE RIVER DRAINAGE DISTRICT OF CRAIGHEAD, JACKSON AND LAWRENCE COUNTIES, ARKANSAS.**

No. 11277.

Circuit Court of Appeals, Eighth Circuit.

Jan. 12, 1939.

Wils Davis and W. W. Hughes, both of Memphis, Tenn., for appellant.

Charles D. Frierson and Charles Frierson, Jr., both of Jonesboro, Ark., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, per stipulation of parties.